**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA SPENCE, | |
| Plaintiff, | Case No. 1:26-cv-2210 |
| v. | |
| EXPERIAN SERVICE CORP.; and EQUIFAX, | Removed from the Civil Court of the City of New York, County of Queens (Case No. CV-000228-26/QU) |
| Defendant. | |

## <u>NOTICE OF REMOVAL</u>

Defendant Equifax Information Services LLC ("Equifax") hereby files this Notice of Removal of this action from the Civil Cout of the City of New York, County of Queens wherein it is now pending as Case No. CV-000228-26/QU, to the United States District Court for the Eastern District of New York.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Equifax shows this Court as follows:

### I.    BACKGROUND

1.    This case was originally filed by Plaintiff Donna Spence ("Plaintiff") in the Civil Cout of the City of New York, County of Queens on or about January 15, 2026. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed are attached as Exhibit A. Plaintiff served a copy of the Summons and Complaint on Equifax's Registered Agent, CSC on March 19, 2026. [See Ex. A].

2.    As of the date of this Notice, all named Defendants consent to removing the above-captioned action to this Court. Defendant Experian Information Solutions, Inc.'s consent to the removal is attached hereto [See Ex. B].

## II.    THIS NOTICE OF REMOVAL IS TIMELY FILED IN THE PROPER VENUE

3.      This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

4.      The removal of this action to this Court is timely under U.S.C. § 1446(b) because it is filed within thirty days of service of the Complaint on Equifax. *See* 28 U.S.C. § 1446(b)(2)(B).

5.      The United States District Court for the Eastern District of New York is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending.

## III.    THIS COURT HAS FEDERAL QUESTION JURISDICTION

6.Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2010). This Court has original jurisdiction here pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges breaches by Equifax relating to its credit reporting obligations with respect to Plaintiff's credit report, which is governed by the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq. [See Ex. A].

7.      Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (2010). As Plaintiff's Complaint raises a federal question, these claims "arise under" federal law.

8.      Further, to the extent the Complaint alleges statutory, state common law, or other

nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claim under federal law and "form part of the same  case or controversy under Article III of the United States Constitution." 28 U.S.C.§ 1367(a) (2010).

9.      Thus, because the Plaintiff's claims arise under the laws of the United States, removal of this entire cause of action is appropriate under 28 U.S.C.§ 1441(a)-(c).

10.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Civil Court of the City of New York, as required by 28 U.S.C. § 1446(d).

11.      In filing this Notice of Removal, Equifax does not waive, and specifically reserves, any and all objections as to service, personal jurisdiction, defenses, exception, rights, and motions.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.


Respectfully submitted this 15th day of April, 2026.

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III
NY BAR NO. 6154306

CLARK HILL PLC
1180 6th Ave., 19th Floor, Suite
1910 New York, NY 10036

2301 Broadway St.
San Antonio, Texas 78215
Phone: (210) 250-6000
Fax:    (210) 250-6100
Email:  tseger@clarkhill.com
**ATTORNEY FOR DEFENDANT**
**EQUIFAX INFORMATION SERVICES LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this April 15, 2026, electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record and via USPS to pro se Plaintiff to following address on record as follows:

Brenna J. McGill
TROUTMAN PEPPER LOCKE, LLP
875 Third Avenue New York, NY 10022
brenna.mcgill@troutman.com
*Counsel for Defendant Experian Information Solutions, Inc.*

Donna Spence
19810 Linden Blvd.
Saint Albans, NY 11412
*Pro Se Plaintiff*

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III