# EXHIBIT A

219638169

# Civil Court of the City of New York
### County of Queens

Index Number: **CV-000228-26/QU**

---

DONNA SPENCE
      Plaintiff(s)

  -against-

EXPERIAN Service Corp; EQUIFAX
      Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
DONNA SPENCE
19810 LINDEN BLVD
Saint Albans, NY 11412

---

To the named defendant (s)

EXPERIAN (Defendant), at 475 ANTON BLVD, Costa Mesa, CA 92626
EQUIFAX (Defendant), at 1515 PEACHTREE STREET, N.W. Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;  upon your failure to answer, judgment will be taken against you for the total sum of $50,000.00 and interest  as detailed below. Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date: January 15, 2026

Tanya Faye
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:     **Breach of Contract or Warranty for $50,000.00 with interest from 10/26/2023**

#### *NOTE TO THE DEFENDANT

    *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*
    *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
    *C) Following CPLR 321(a) corporations must be represented by an attorney.*

#### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: _____
PRINT NAME:   DONNA SPENCE