# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONNA SPENCE, | * | |
| Plaintiff, | * | Civil Action No.: |
| vs. | | (Removed from Circuit Court for City of New York, County of Queens, |
| | * | |
| EXPERIAN SERVICE CORP., and EQUIFAX, | * | Queens, Case No. CV-000228-26/QU) |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT EXPERIAN SERVICE CORP.'S CONSENT TO REMOVAL

Defendant <u>Experian Information Solutions, Inc.</u> (*incorrectly named as* Experian Service Corp.) consents to the removal of this matter to the United States District Court for the Eastern District of New York effected by Defendant Equifax.

Dated: This 13th day of April, 2026.

By: _____
Brenna J. McGill (NY Reg. No. 6216477)
TROUTMAN PEPPER LOCKE, LLP
875 Third Avenue
New York, NY 10022
brenna.mcgill@troutman.com
Tel.:  213-928-9852

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

327732932v2